UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| SCOTT KELLY HANSEN, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:12-CV-15-JMS-WGH |
| WARDEN CHARLES L. LOCKETT, | ) ) ) | |
| Defendant. | ) | |

**E N T R Y**

**I.**

The plaintiff's supplemental request to proceed *in forma pauperis* (dkt 14) is **granted.** The assessment of even an initial partial filing fee is not feasible at this time.

**II.**

The amended complaint [8] is now subject to the screening requirement of 28 U.S.C. § 1915A(b). *Lagerstrom v. Kingston*, 463 F.3d 621, 624 (7th Cir. 2006). This statute directs that the court dismiss a complaint or any claim within a complaint which "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* The court will direct the further development of any claim which is not dismissed on this basis. The parties will be notified when this determination has been made.

**IT IS SO ORDERED.**

Date: 03/23/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Scott Kelly Hansen
No. 40835-060
Terre Haute USP
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808